| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

| In re:<br><br>Rodrigo Salazar<br>Nelly Salazar<br><br><br>                                Debtor(s) | Case No.: 19-26212 / MBK<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |

# CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 3/6/2024, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.


Dated:  3/6/2024                                                                                             /s/  Kierstyn Buchanan
                                                                                                                        Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Rodrigo Salazar<br>Nelly Salazar<br>110 Walnut Street<br>Toms River, NJ  08753 | Debtor(s) | Regular Mail |
| David A. Semanchik, Esq.<br>Law Office of David A. Semanchik<br>248 Washington St. - Rear Bldg.<br>Toms River, NJ  08753 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |