Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19–26212–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Rodrigo Salazar | Nelly Salazar |
| 110 Walnut Street | 110 Walnut Street |
| Toms River, NJ 08753 | Toms River, NJ 08753 |

Social Security No.:
 xxx–xx–3579                                            xxx–xx–0588

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 29, 2024</u>                    <u>Michael B. Kaplan</u>
                                                                Judge, United States Bankruptcy Court